IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DANNY RAY THOMAS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

Case No. 5D23-699
LT Case No. 2003-CF-024398-A

Decision filed August 8, 2023

3.850 Appeal from the Circuit Court
for Brevard County,
Samuel Bookhardt, III, Judge.

Danny Ray Thomas, Lowell, pro se.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY and BOATWRIGHT, JJ., concur.